```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
    CRIMINAL DOCKET PARTY INFORMATION FOR CASE A97-0069--CR (JWS)
                 "USA V RAYMOND DUANE SORENSEN"
                 DEF 1.1 SORENSEN, RAYMOND DUANE

     Including terminated defendants, excluding terminated counsel
```

```
     Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
    Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed:  06/18/97
             Closed:  06/10/98
 No. of Defendants:  1
     MJ Case Number:  A97-0062--MJ
                AKA:
    Location status:  Released on Bond
         Trial date:
         Terminated:  YES
  Needs interpreter:  NO
  Counsel of record:  Meredith Appel Ahearn
                     Hagans Ahearn et al
                     310 K Street, Suite 400
                     Anchorage, AK 99501
                     907-276-5294
                     FAX 907-276-8732
                     Serve: YES
                      Type: CJA
                      Role: 2255 Motion


 PLF 1.1 UNITED STATES OF AMERICA

  Counsel of record:  Daniel R. Cooper
                     U.S. Attorney's Office
                     222 W. 7th Avenue, #9
                     Anchorage, AK 99513-7567
                     907-271-5071
                     FAX 907-271-2344
                     Serve: YES
                      Type: Not specified
                      Role: 2255 Motion


 Counts re: DEF 1.1 SORENSEN, RAYMOND DUANE
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 52 - 1 | 1-SS | 21:841(a)(1) MANUFACTURE AND POSSESSION OF MARIJUANA WITH INTENT TO DISTRIBUTE (F) | Terminated |
| 52 - 1 | 2-SS | 21:856 MAINTAINING PLACES FOR DRUG MANUFACTURING (F) | Terminated |
| 52 - 1 | 3-SS | 21:856 MAINTAINING PLACES FOR DRUG MANUFACTURING (F) | Terminated |
| 52 - 1 | 4-SS | 18:1956(a)(1)(B) MONEY LAUNDERING (F) | Terminated |
| 52 - 1 | 5-SS | 18:1956(a)(1)(B) MONEY LAUNDERING (F) | Terminated |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET PARTY INFORMATION FOR CASE A97-0069--CR (JWS)
                              "USA V RAYMOND DUANE SORENSEN"
                              DEF 1.1 SORENSEN, RAYMOND DUANE

                   Including terminated defendants, excluding terminated counsel


  52 -    1        6-SS     21:853 CRIMINAL FORFEITURE (F)                          Terminated

  52 -    1        7-SS     21:841(a)(1) MANUFACTURE AND POSSESSION OF              Terminated
                            MARIJUANA WITH INTENT TO DISTRIBUTE (F)
```

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
        CRIMINAL DOCKET ENTRIES FOR CASE A97-0069--CR (JWS)
                    "USA V RAYMOND DUANE SORENSEN"

                         For all filing dates
```

```
 Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
 Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
            Filed: 06/18/97
           Closed: 06/10/98
No. of Defendants: 1
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 06/18/97 | Indictment. |
| 2 - 1 | 06/19/97 | [Re: DEF 1] JDR Grand Jury Minutes; no bail set; set for arr & notify USM; in custody. |
| 3 - 1 | 06/19/97 | [Re: DEF 1] Documents transferred from: A97-062MJ: MJ CRT MIN re init appearance; order of temporary det; financial affidavit. |
| NOTE - 1 | 06/23/97 | Notation: speedy trial forwarded to Judge. |
| 4 - 1 | 06/23/97 | [Re: DEF 1] JDR Court Minutes [ECR: Roy Van Hollebeke] re: arr on indictment and detention hrg [held 6/20/97]; pled NG as to charge in indictment; deft detained; detention hrg set for 6/23/97 at 2;30 pm; pretrial mots due 7/7/97; order filed; possible conflict re: TBJ as Mr. Salemi on leave 8/6/97 thru 8/18/97; crt vacated preliminary hrg sched for 6/27/97 at 9:30 am. cc: AUSA, FPD, USM, PTS |
| 5 - 1 | 06/23/97 | [Re: DEF 1] JDR Order regarding preparation for trial; pretrial motions due 7/7/97. cc: AUSA, FPD |
| 6 - 1 | 06/23/97 | [Re: DEF 1] Order setting conditions of release; third party custodian, $25,000 bond, secured by sufficient real property or surety, surrender pilots license.cc: AUSA, FPD, USM, PTS |
| 7 - 1 | 06/24/97 | [Re: DEF 1] JDR Court Minutes [ECR: Jan Welch] re: detention hrg [held 6/23/97] crt/cnsl hrd re: 3rd pty custodian;apperance bond and conditions of release filed; deft is to post $25,000 in cash or surety; defendent is to surrender his pilot's license upon his release or the commencement of business in the event that bond is posted after cob. cc:AUSA, FPD, USA, USM |
| 8 - 1 | 06/24/97 | [Re: DEF 1] JWS Minute Order TBJ is set for 8/26/97 at 9am; pretrial conf 8/26/97. cc: AUSA, FPD, USM, PTS, JC |
| 9 - 1 | 06/25/97 | DEF 1 Copy Appearance bond - $25,000.00 surey[Fred's Bail Bonding]. |
| 10 - 1 | 06/25/97 | [Re: DEF 1] Copy of Order of Release; 3rd party custodian Edwin and/or Terri Sorensen; $25,000.00 surety. cc:USA, PTS, USM, |
| 11 - 1 | 06/26/97 | [Re: DEF 1] Clerk's Notice re: receipt of pilot license #467902482[in vault] . cc: AUSA, FPD,USM, PTS, Fin. Deputy |
| 12 - 1 | 06/26/97 | USM Return of recording lis pendens executed 6/26/97. |
| 13 - 1 | 07/07/97 | DEF 1 Unopposed Motion on shortened time to extend PTMs deadline to 7-21-97. |
| 14 - 1 | 07/08/97 | [Re: DEF 1] JDR Order granting #13; PTMs due 7-21-97.  cy USA, FPD |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE A97-0069--CR (JWS)
                          "USA V RAYMOND DUANE SORENSEN"

                                  For all filing dates


 Document #    Filed       Docket text

   15 -   1   07/15/97    [Re: DEF 1] Superseding Indictment. cy FPD, PTS, USM

   15A-   1   07/15/97    [Re: DEF 1] Stipulation pursuant to discovery conference.

   16 -   1   07/16/97    [Re: DEF 1] AHB Grand Jury Minutes; bond of $25,000 to continue, set for
                          arraignment.

   17 -   1   07/16/97    [Re: DEF 1] JDR Minute Order re arraignment on SI set for 7/18/97 at
                          10:00 a.m. cc: USA, FPD, USM, PTS.

   18 -   1   07/18/97    [Re: DEF 1] JDR Court Minutes [ECR: Linda Christensen] arraign on S/I;
                          held 7-18-97; pled NG; rel cont'd; cnsl given 10 days for filing PTMs re
                          added counts.  cy USA, FPD

   19 -   1   07/21/97    DEF 1 Unopposed Motion on shortened time to extend PTMs deadline to
                          7-25-97.

   20 -   1   07/22/97    [Re: DEF 1] JDR Order granting motion on shortened time is granted;
                          motion to extend pretrial motions ddlns is granted; pretrial motions
                          shall be due by the cob on 7/25/97. cc:AUSA, FPD

   21 -   1   07/23/97    USM Return of service of lis pendens on 7/23/97.

   22 -   1   07/25/97    [Re: DEF 1] Unopposed Motion on shortened time to extend pretrial ddlns
                          to 7/29/97 w/att aff.

   23 -   1   07/25/97    [Re: DEF 1] MDJ Order granting unopposed motion re: ext of pretrial
                          motions to be due 7/29/97. cc: cnsl

   24 -   1   07/29/97    DEF 1 motion to suppress evidence w/att memo and exhs.

   25 -   1   08/01/97    [Re: DEF 1] Unopposed Motion for enlargement of time from 8/5/97 to
                          8/11/97 to respond to deft's motion to suppress served 7/29/97.

   25 -   2   08/06/97    [Re: DEF 1] JDR Order granting unopposed motion re: enlargment of time.
                          cc:AUSA, FPD

   26 -   1   08/08/97    [Re: DEF 1] Unopposed Motion to continue trial 30dys from currently
                          scheduled trial date of 8/26/97 w/att aff.

   27 -   1   08/12/97    [Re: DEF 1] JWS Order that unopposed motion to continue trial is
                          granted; trial is continued till 9/22/97 at 9am; pretrial conf is set
                          for 9/22/97 at 8:30.cc: AUSA, FPD, USM, PO, JC MJ Roberts

   28 -   1   08/14/97    [Re: DEF 1] PLF 1 opposition to DEF 1 motion to suppress evidence w/att
                          memo and exhs. (24-1)

   29 -   1   08/20/97    [Re: DEF 1] Unopposed Motion on shortened time to continue trial from
                          9/22/97 till 10/08/97.

   29 -   2   08/21/97    [Re: DEF 1] JWS Order granting continuation of trial till 10/9/97 at
                          9am; final pretrial conf set for 8:30am. cc: AUSA, FPD, USM, PO, JC

   30 -   1   08/21/97    DEF 1 motion on shortened time for expansion of time in which to file
                          reply to oppositon to motion to suppress evidence w/att aff of cnsl.


ACRS: R_RDSDX               As of 02/03/06 at 10:55 AM by GARRY                  Page 2
```

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A97-0069--CR (JWS)
"USA V RAYMOND DUANE SORENSEN"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 31 - 1 | 08/22/97 | [Re: DEF 1] JDR Order granting motion on shortened time for expansion of time in which to file reply (30-1);deft reply to the motion to suppress is due by cob 8/25/97. cc:USA, FPD |
| 32 - 1 | 08/25/97 | DEF 1 reply to opposition to DEF 1 motion to suppress evidence . (24-1) |
| 33 - 1 | 08/28/97 | [Re: DEF 1] JDR Minute Order re hrg on motion to suppress (24-1) set for 9/4/97 at 9:30 a.m. cc: USA, FPD. |
| 34 - 1 | 08/29/97 | [Re: DEF 1] JDR Minute Order re hrg on motion to suppress set for 9/4/97 is RESET for 9/10/97 at 9:30 a.m.  cc: USA, FPD. |
| 35 - 1 | 08/29/97 | DEF 1 motion on shortened time to modify conditions of release and request for hearing. |
| 36 - 1 | 09/02/97 | [Re: DEF 1] JDR Minute Order granted on shortened time Motion to Modify Conditions of release (35-1) to hold a hrg set for 9/4/97 at 9:30 a.m. cc: USA, FPD, USM, USPO. |
| 37 - 1 | 09/04/97 | [Re: DEF 1] Supplemental Order setting conditions of release as stated. cc:USA, FPD, USM, PO |
| 38 - 1 | 09/08/97 | [Re: DEF 1] JDR Court Minutes [ECR: Jan Welch] hrg on motion to modify conditions of release at dkt #35 [held 8/4/97] crt/cnsl hrd re: dispositon of this cse the 10/09/97 trial date; granting motion on shortened time to modify conditions of release and request for (35-1); supplemental conditons filed and previously forwarded to docketing;crt/cnsl; pretrial services officer hrd re: clarification ofthe supplemental conditions. cc:USA, FPD, USM, PO |
| 39 - 1 | 09/11/97 | [Re: DEF 1] JDR Court Minutes [ECR: Roy Van Hollebeke] re: hrg on motion to suppress evidence [#24] [held 9/10/97] crt/cnsl hrd deft request to play video; granted; crt/cnsl hrd; deft final summation brief due 9/15/97; plft reply due 9/19/97. cc:USA, FPD |
| 40 - 1 | 09/16/97 | [Re: DEF 1] Transcript re: hrg on motion to suppress evidence. [located in br. folder]. |
| 41 - 1 | 09/26/97 | Initial R&R re: DEF 1 motion to suppress evidence. (24-1). Objections due 10/02/97. Reply due 10/03/97. recommended be denied. cc: USA, FPD, Judge Sedwick. |
| 42 - 1 | 10/02/97 | DEF 1 Notice of Intent to change plea |
| 43 - 1 | 10/03/97 | [Re: DEF 1] JWS Minute Order that TBJ previously set for 10/9/97 is recheduled for a PCOP 10/08/97 at 8:30am; final pretrial conf and TBJ are vacted. cc:USA,FPD, USM, PO, MJ Roberts, JC |
| 44 - 1 | 10/03/97 | [Re: DEF 1] Plea Agreement. |
| 45 - 1 | 10/07/97 | [Re: DEF 1] PLF 1 motion (ex parte) for temporary restraining order pursuant to 21:853 w/att aff. |
| 46 - 1 | 10/07/97 | [Re: DEF 1] PLF 1 Notice of breach of plea greement and withdrawal from plea agreement. |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CRIMINAL DOCKET ENTRIES FOR CASE A97-0069--CR (JWS)
                                  "USA V RAYMOND DUANE SORENSEN"

                                         For all filing dates


Document #    Filed      Docket text

  47 -   1   10/08/97   [Re: DEF 1] JWS Order granting motion for temporary restraining order
                        pursuant to 21:853 (45-1).  Within 10 days the court shall hold a
                        hearing to establish the duration of this restraining order. cc: cnsl

  48 -   1   10/08/97   [Re: DEF 1] JWS Court Minutes [ECR: Jennifer Gamble] re: PCOP hrg [held
                        10/08/97] cont COP hrg set for 10/10/97 at 8:30am;crt/cnsl hrd gov't
                        oral mot to lodge prel ord of forfeiture; granted. cc;USA, FPD, USM, PO

  49 -   1   10/14/97   [Re: DEF 1] JWS Court Minutes [ECR: Patty Demeter/Pam Richter] Con COP
                        [held  10/10/07] crt/cnsl hrg re: plf oral motion to w/d plea; def
                        directed to secure property and restore the power; con COP set for
                        10/20/97 at 10:30am; def cnsl may file a memo re: their position
                        requiring the gov't to remain in the plea agreement by noon 10/16/97 and
                        gov'tt may file a response by 10/17/97.cc:USA, FPD, USM, PO

  50 -   1   10/21/97   [Re: DEF 1] JWS Court Minutes [ECR: Pam Richter/Linda Christensen]
                        re:cont PCOP [held 10/20/97] gov't w/drew plea agreement; superseding
                        indictment to be filed; crt found excludable delay in that the ends of
                        justice would be served by granting delay; status conf set for 10/29/97
                        at 10am. cc:USA, FPD, USM, PO

  51 -   1   10/22/97   [Re: DEF 1] JWS Order that the temporary restraining order at dkt #47
                        shall continue in place untill 5pm on 10/29/97; either party may request
                        an extension of the temporary restraining or its conversion into a
                        preliminary or permanent injunction at the status conf sched for 10am on
                        10/29/97. cc: USA, FPD

  52 -   1   10/23/97   [Re: DEF 1] PLF 1 Second Superseding Indictment.

  53 -   1   10/24/97   [Re: DEF 1] JDR Grand Jury Minutes re 2nd SI fld; Bail cont as prev set
                        by USM; Summons to be issued, Set for arr & notify USM.

  54 -   1   10/24/97   [Re: DEF 1] JDR Minute Order set arr on 2d S/I for 10-28-97 at 10:30 am
                        in #180.  cy USA, USM, PTS, FPD

  55 -   1   10/28/97   [Re: DEF 1] JDR Court Minutes [ECR: Roy Van Hollebeke] re ARR on 2nd
                        Superseding Indictment (held 10/28/97); def pled NG; PTM's due 11/7/97.
                        cc: USA, FPD.

  56 -   1   10/28/97   [Re: DEF 1] JDR Order regarding preparation for trial re PTM's due
                        11/7/97 w/deadlines set.

  57 -   1   10/29/97   [Re: DEF 1] JWS Court Minutes [ECR: Pam Richter/Jennifer Gamble] re:
                        status conf [held 10/29/97] crt stated that temp restraining order will
                        become preliminary injunction which shall extend until disposition of
                        this case; plft to submit proposed order; crt/cnsl hrd, motion ddln;
                        crt/cnsl hrd; def desire to obtain private cnsl; crt/cnsl hrd trial
                        date; crt to set trial date in accordance with the speedy trial act. cc;
                        USA, FPD

  58 -   1   10/30/97   [Re: DEF 1] JWS Order granting preliminary injunction as stated in this
                        order. cc:USA, FPD, USM, PO

  59 -   1   11/10/97   DEF 1 motion on shortened time to continue pretrial motions deadline
                        w/att aff of cnsl.
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE A97-0069--CR (JWS)
                              "USA V RAYMOND DUANE SORENSEN"

                                  For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 60 - 1 | 11/12/97 | [Re: DEF 1] JDR Minute Order granting/denying motion on shortened time to continue pretrial motions deadline (59-1). Crt declines to enlarge time for PTM's that could have been brought prior to the 2nd SI; Def's request to file a motion to suppress & request to file a motion to dismiss are denied; def's request to file a motion for severance of ct 7 is granted. Def's motion for severeance due bu COB 11/20/97. cc: USA, FPD. |
| 61 - 1 | 11/14/97 | Final R&R recommends denying re: DEF 1 motion to suppress evidence (24-1); motion will be forwarded to JWS for determination. cc USA, FPD, JWS |
| 62 - 1 | 11/17/97 | [Re: DEF 1] JWS Minute Order denying motion to suppress evidence (24-1). cc:USA, FPD, MJ Roberts |
| 63 - 1 | 11/17/97 | [Re: DEF 1] JWS Order of excludable delay to commence on 7/29/97 and end on 11/17/97 for 112 days code E re: dkt #24. |
| 64 - 1 | 11/17/97 | [Re: DEF 1] JWS Minute Order that a fnl pretrial conf will be held 12/17/97 at 8:30am and trial will commence at 9 am on 12/17/97. cc:USA, FPD, USM, PO, JC, MJ Roberts |
| 65 - 1 | 11/20/97 | DEF 1 motion to accept and consider defendant's motions to suppress evidence -count VII only with att proposed motion to suppress evidence re: ct VII; proposed motion to suppress def's stmnt and proposed motion to sever ct VII with att exhs. |
| 66 - 1 | 11/21/97 | [Re: DEF 1] JDR Minute Order re govt to file oppo or notice of none to def's motion to accept & consider proposed motions (65-1) due by COB 11/21/97. cc: USA, FPD. |
| 67 - 1 | 11/21/97 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion to accept and consider defendant's motions to suppress evidence -count VII only with att proposed motion to suppress evidence re: ct VII; proposed motion to suppress def's stmnt and proposed motion to sever ct VII with att exhs. (65-1). |
| 72 - 1 | 11/21/97 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion to sever count. (71-1) |
| 68 - 1 | 11/24/97 | [Re: DEF 1] JDR Minute Order granting motion to accept and consider defendant's motions to suppress evidence and statmenet, Count VII Only (65-1). Govt's oppo to said motions due noon 11/28/97; Evident hrg set for 12/1/97 at 10:00 a.m. cc: USA, FPD, USM, USPO. |
| 69 - 1 | 11/24/97 | DEF 1 motion to suppress evidence related to count 7 of superseding indictment. w/atch memo & exhibits. |
| 70 - 1 | 11/24/97 | DEF 1 motion to suppress def's statements in connections w/count 7 of superseding indictment. w/atch memo & exhibits. |
| 71 - 1 | 11/24/97 | DEF 1 motion to sever count 7 w/att memo |
| 73 - 1 | 11/24/97 | [Re: DEF 1] JDR Minute Order re hrg re motion practice on late-fld pretrial motions set for 11/25/97 at 3:30 p.m. cc: USA, FPD, USM, USPO. |
| 74 - 1 | 11/26/97 | [Re: DEF 1] JDR Court Minutes [ECR: Linda Christensen] re Hrg re: Motion practice on late fld pretrial motions (held 11/25/97); pltf advised crt |

Case 3:97-cr-00069-JWS    Document 152    Filed 06/18/1997    Page 8 of 12
```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A97-0069--CR (JWS)
                              "USA V RAYMOND DUANE SORENSEN"
```
For all filing dates

```
Document #    Filed      Docket text
```

|  |  |  |
|---|---|---|
|  |  | that oppos to motions will be fld 11/28/97; pltf advised crt of inetnt to file motion to continue trial. cc: USA, FPD. |
| 75 - 1 | 11/28/97 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion to suppress evidence related to count 7 of superseding indictment. (69-1) |
| 76 - 1 | 11/28/97 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion to suppress def's statements in connections w/count 7 of superseding indictment (70-1). |
| 77 - 1 | 11/28/97 | [Re: DEF 1] Unopposed Motion on shortened time to continue trial. |
| 78 - 1 | 12/01/97 | [Re: DEF 1] JDR Minute Order that evid hrg re mots @ #69, 70 & 71 set 12/1/97 is vacated and reset to 10:30 a.m., 12/2/97.  cc USA, FPD, USM, PO. |
| 77 - 2 | 12/03/97 | [Re: DEF 1] JWS Order granting unopposed motion on shortened time to continue trial till 1/5/98 at 9am; FPTC cont till 8:30 am on 1/5/98. cc: USA, FPD, USM, PO, JC, MJ Roberts |
| 79 - 1 | 12/03/97 | [Re: DEF 1] JDR Court Minutes [ECR: Linda Christensen] hrg re: mots at dkts 68,70,72 [held 12/02/97] hrg cont till 12/4/97. cc:USA, FPD,USM, PO |
| 80 - 1 | 12/03/97 | [Re: DEF 1] Unopposed Motion on shortened time to continue evidentiary hearing currently set for 12/4/97 to a date convenient to court after 1:30pm 12/8/97. |
| 80 - 2 | 12/04/97 | [Re: DEF 1] JDR Order grant unopposed motion on shortened time to cont evident hrg. Hrg cont till 12/9/97 at 3:00 p.m. cc: USA, FPD, USM, USPO. |
| 81 - 1 | 12/10/97 | [Re: DEF 1] JDR Court Minutes [ECR: Bonnie Boyer] re Cont Evident Hrg re Def's Motion to Suppress evidence related to ct 7 of SI (69-1), Motion to Suppress Def's stmnts in connection w/cnt 7 of the SI (70-1) & Motion to Sever Ct 7 (71-1) (held 12/9/97); Crt to issue R/R. cc: USA, FPD. |
| 82 - 1 | 12/10/97 | Initial R&R re: DEF 1 motion to sever count 7 (71-1). Objections due 12/18/97. Reply due NOON 12/22/97. Recommended be denied. cc: USA, FPD, Judge Sedwick. |
| 83 - 1 | 12/22/97 | [Re: DEF 1] Transcript [vol I]  evidentiary hrg re: deft motion to suppress evidence related to count 7 of superseding  indictment, motion to suppress deft's stmnt in connection wiht ct 7 of the superseding indictment and motion to sever ct 7 on 12/2/97. [located in expando behind file] |
| 84 - 1 | 12/22/97 | [Re: DEF 1] Transcript [volume II] continued evidentiary hearing re: deft motion to suppress evidence related to ct 7 of superseding indictment, motion to suppress deft stmnt  in connection with ct 7 of the superseding indictment and motion to sever ct 7 on 12/2/97 [located in expando near file] |
| 85 - 1 | 12/23/97 | [Re: DEF 1] Unopposed Motion on shortened time to modify conditions of release with att aff of cnsl. |
| 86 - 1 | 12/24/97 | [Re: DEF 1] JWS Minute Order denying motion to sever count 7 (71-1) . cc: MJ Roberts,USA, FPD |
| 87 - 1 | 12/24/97 | [Re: DEF 1] JDR Order granting unopposed motion on shortened time to modify conditions of release. cc: USA, FPD, USM, PO |

Case 3:97-cr-00069-JWS   Document 152   Filed 06/18/1997   Page 9 of 12

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A97-0069--CR (JWS)
"USA V RAYMOND DUANE SORENSEN"

For all filing dates

| Document # | | Filed | Docket text |
|---|---|---|---|
| 88 - | 1 | 12/29/97 | {SEALED} |
| 89 - | 1 | 12/30/97 | {SEALED} |
| 90 - | 1 | 12/30/97 | [Re: DEF 1] JWS Minute Order that TBJ & final pretrial conf previously set for 1/5/98 is vacated;rescheduled for PCOP hrg on 1/5/98 @10:30am. cc: USA, FPD, JC, PO, USM, MJ Roberts |
| 91 - | 1 | 12/30/97 | Initial R&R re: DEF 1 motion to suppress evidence related to count 7 of superseding indictment. (69-1). Objections due 12/31/97. Reply due 9:30 a.m. 01/05/98. Recommended be denied. cc: USA, FPD, Judge Sedwick. |
| 91 - | 2 | 12/30/97 | Initial R&R re: DEF 1 motion to suppress def's statements in connections w/count 7 of superseding indictment.(70-1). Objections due 12/31/97. Reply due 9:30 am 01/05/98. Recommended be denied. cc: USA, FPD, Judge Sedwick. |
| 92 - | 1 | 12/30/97 | [Re: DEF 1] CJA payment/cy 2 of CJA 24 re: evidentiary hrg in the amount of $436 w/ att inv. |
| 93 - | 1 | 01/06/98 | {SEALED} |
| 94 - | 1 | 01/06/98 | {SEALED} |
| 95 - | 1 | 01/07/98 | [Re: DEF 1] JWS Minute Order denying motion as moot to suppress evidence related to count 7 of superseding indictment (69-1), motion to suppress def's stmnts in connections w/cnt 7 of superseding indict (70-1).cc: USA, FPD, MJ Roberts |
| 96 - | 1 | 03/03/98 | [Re: DEF 1] PLF 1 motion to set sentence date for 5/15/98, or at such date and time thereafter that is convenient to the court. |
| 97 - | 1 | 03/05/98 | [Re: DEF 1] JWS Minute Order setting IOS to commence on 5/26/98 at 2pm. cc:USA, FPD, USM, PO. |
| 98 - | 1 | 03/19/98 | [Re: DEF 1] PLF 1 motion (request) to enter preliminary order of forfeiture. |
| 99 - | 1 | 03/25/98 | [Re: DEF 1] JDR Minute Order re: Bail review hrg set for 3/25/98 at 3:30 p.m. cc: USA, FPD, USM, USPO |
| 100 - | 1 | 03/27/98 | [Re: DEF 1] JDR Court Minutes [ECR: Roy Van Hollebeke] re: Bail Review Hrg (held 3/25/98); Crt to re-appoint previous 3rd party custodians; Mr. Salemi to attain & witness 3rd party signatures on the proposed Order Setting Cond's of Release; Clerk to fill out proposed order as set by Judge Sewick at dkt #94, Clerk to forward the order to Mr. Salemi for signatures & return the document for the crt's signature & filing. cc; USA, FPD, USM, USPO |
| 101 - | 1 | 04/02/98 | [Re: DEF 1] Amended Order setting conditions of release. Amendeding the Third Party Custodians to Edwin and/or Terri Sorenson. All other conditions remain the same as previously set. cc: USA, FPD, USM, USPO |
| 102 - | 1 | 04/13/98 | [Re: DEF 1] JWS Order granting motion (request) to enter preliminary order of forfeiture (98-1).cc: USA, FPD, USM, PO,MJ Roberts |

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET ENTRIES FOR CASE A97-0069--CR (JWS)
                        "USA V RAYMOND DUANE SORENSEN"

                                 For all filing dates


 Document #    Filed      Docket text

   103 -  1   05/08/98   [Re: DEF 1]  Unopposed Motion to continue sentencing hearing w/att aff
                         of cnsl.

   104 -  1   05/11/98   [Re: DEF 1] JWS Order vacating IOS set for 5/26/98 and resetting for
                         6/4/98 at 8:00 a.m.. cc: USA, FPD, USM, PO

   105 -  1   05/11/98   DEF 1 Unopposed Motion on shortened time to modify conditions of release
                         aff and exh.

   106 -  1   05/12/98   [Re: DEF 1] JWS Order granting unopposed motion on shortened time;
                         unopposed motion to modify conditions of release; modified to allow
                         employment at Prudhoe Bay;Mr. Sorensen shall be responsible for any
                         costs associated with his travel back to Anchorage for his sentencing.
                         cc: USA, FPD, USM, PO

   107 -  1   05/22/98   USM Return of proof of publication re: forfeiture notice.

   108 -  1   05/28/98   [Re: DEF 1] PLF 1 Sentencing Memorandum.

   109 -  1   06/01/98   DEF 1 Sentencing Memorandum.

   110 -  1   06/05/98   [Re: DEF 1] JWS Court Minutes [ECR: Linda Christensen] re: IOS (hld
                         6/4/98); IOS cont 6/5/98 at 11:00 a.m.; def to remain on bond. cc: USA,
                         FPD, USM, USPO

   111 -  1   06/08/98   [Re: DEF 1] JWS Court Minutes [ECR: Linda Christensen] IOS [held 6/5/98]
                         sent 72months to each ct 1,4, & 7 with terms to be served concurrently;
                         special assessment $300; supervised release of 5 years; def remanded to
                         custody of USM; mot of USA remaining 2,3, & 5; bond exonerated
                         [$25,000]; IOS re: def C. Sorensen moved from 7/8/98 to 7/16/98 at 8:30
                         am; crt is in possession of def's pilot license. Finance, Fred Bail
                         Bonding

   112 -  1   06/09/98   [Re: DEF 1] JWS Judgment, def pled guilty to cts 1,4, & 7 of the second
                         superseding indictment; cts 2,3, &5 of second superseding
                         indictment;sent 72months; supervised release 5 years;special assessment
                         $300. cc:USA,FPD, USM, PO, MJ Roberts, Carmen, Finance, R. Sorensen
                         [w/cnsl copy]

   113 -  1   06/19/98   [Re: DEF 1] Partial Transcript of IOS held 06/05/98.

   114 -  1   06/19/98   [Re: DEF 1] PLF 1 motion for final decree of forfeiture w/att
                         declaration of cnsl.

   115 -  1   06/29/98   Notice of docketing subpoena after to judgment.

   116 -  1   07/13/98   [Re: DEF 1] JWS Order granting motion for final decree of forfeiture
                         (114-1)  cc: USA, FPD, USM

   117 -  1   07/22/98   Return of service re order for final decree of forfeiture executed on
                         7/17/98.

   118 -  1   07/22/98   Return of service of judgment; def delivered 7/9/98 to FPD Sheridan,
                         Sheridan, OR.

   119 -  1   04/12/99   Return of subpoenas in CR case.


 ACRS: R_RDSDX              As of 02/03/06 at 10:55 AM by GARRY                        Page 8
```

Case 3:97-cr-00069-JWS   Document 152   Filed 06/18/1997   Page 11 of 12

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CRIMINAL DOCKET ENTRIES FOR CASE A97-0069--CR (JWS)
                               "USA V RAYMOND DUANE SORENSEN"
```

For all filing dates

```
Document #    Filed      Docket text

  120 -   1   07/06/99   Application to proceed without prepayment of fees.

  121 -   1   07/06/99   DEF 1 motion for appointment of counsel.

  122 -   1   07/14/99   [Re: DEF 1] JWS Order that def may file a 28:2255 by 8/13/99; clerk to
                         provide def w/cy of A0-243; holding in abeyance mot for appt of cnsl
                         (121-1) until def fully complies w/this ord; appl to proceed IFP denied
                         as moot.  cc: USA, R. Sorenson

  123 -   1   08/13/99   DEF 1 motion for additional time of 60 days to file 2255 petition.

  124 -   1   08/19/99   [Re: DEF 1] JWS Order denying motion for appointment of counsel (121-1).
                         cc: USA, R. Sorenson

  125 -   1   08/23/99   DEF 1 motion for additional time to file 28:2255 motion for 60 days.

  126 -   1   09/10/99   [Re: DEF 1] JWS Minute Order denying motion for additional time of 60
                         days to file 2255 petition (123-1), motion for additional time to file
                         28:2255 motion (125-1). cc: M. Rosenbaum, R. Sorensen

  127 -   1   10/19/99   DEF 1 motion [2255 petition] to vacate, set aside, or correct sentence
                         w/att  memo.

  128 -   1   11/03/99   [Re: DEF 1] JWS Order Directing Service & Response; clerk to serve cy of
                         2255 mot (#127) on USA; def's request for appointed cnsl granted, FPD to
                         designate CJA cnsl; Any amended 2255 or notice of none due 12/2/99; USA
                         answer due 1/3/00; matter referred to MJ Roberts. cc: USA w/cy of #127,
                         FPD (CJA Clerk), R. Sorenson, MJ Roberts

  129 -   1   11/12/99   DEF 1 Attorney Appearance of Meredith A. Ahearn from 11/4/99 thru end.

  130 -   1   12/02/99   DEF 1 Unopposed Motion to extend time to file an amended 2255 petition
                         until 12/16/99.

  131 -   1   12/03/99   [Re: DEF 1] JDR Minute Order granting unopposed motion for ext to file
                         amended 2255 petition (130-1); Amended petition due NLT 12/16/99; govt
                         to file an answer due 1/18/00. cc: USA, M. Ahearn

  132 -   1   12/15/99   DEF 1 motion for motion enlargement of time to file an amended 2255
                         motion w/att aff.

  133 -   1   12/15/99   [Re: DEF 1] PLF 1 motion for expedited consideration of motion for
                         enlargement of time w/att aff of cnsl.

  134 -   1   12/16/99   [Re: DEF 1] AHB Order granting motion for expedited consideration of
                         motion for enlargement of time (133-1). cc: USA, M. Ahearn

  135 -   1   12/16/99   t[Re: DEF 1] AHB Order granting motion for motion enlargement of time
                         till 1/17/00 to file an amended 2255 motion (132-1). cc: USA, M. Ahearn

  136 -   1   01/18/00   DEF 1 motion for enlargement of time to file an amended 2255 petition
                         until 1/24/00 w/att aff of cnsl.

  137 -   1   01/18/00   DEF 1 motion for expedited consideration of motion for enlargement of
                         time to file amended 2255.
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                          CRIMINAL DOCKET ENTRIES FOR CASE A97-0069--CR (JWS)
                                   "USA V RAYMOND DUANE SORENSEN"

                                         For all filing dates


 Document #    Filed      Docket text

    138 -  1   01/24/00   DEF 1 Supplemental memo in support of DEF 1 motion [2255 petition] to
                          vacate, set aside, or correct sentence (127-1) .

    139 -  1   01/25/00   [Re: DEF 1] JDR Minute Order granting motion for enlargement of time to
                          file an amended 2255 petition (136-1), granting motion for expedited
                          consideration of motion for enlargement of time (137-1); def'a amended
                          petition due 1/27/00; govt's answer due w/in 15 days of said amended
                          petition; reply due 5 days after receipt of response. cc: USA, M. Ahearn

    140 -  1   02/04/00   [Re: DEF 1] Clerk's Notice that the crt finds it has possession of a
                          private pilot's license belonging to def Sorensen; any party wishing to
                          have said item returned to them needs to file w/a proposed order for the
                          Court's consideration.  cc: USA, M. Ahearn, Judge Sedwick, Finance

    141 -  1   02/08/00   [Re: DEF 1] PLF 1 opposition (response) to DEF 1 motion [2255 petition]
                          to vacate, set aside, or correct sentence (127-1) w/att exhs [exhs A,C &
                          D filed UNDER SEAL].

    142 -  1   02/16/00   DEF 1 motion for extension of time to file reply to government's
                          response to def's 2255 petition until 2/25/00.

    143 -  1   02/16/00   [Re: DEF 1] JDR Minute Order granting motion for extension of time to
                          file reply to government's response to (142-1) . Reply due 2/25/00. cc:
                          USA, PM, Ahearn

    144 -  1   02/25/00   DEF 1 reply to opposition to DEF 1 motion [2255 petition] to vacate, set
                          aside, or correct sentence (127-1) .

    145 -  1   03/03/00   Initial R&R recommends denying as untimely: DEF 1 motion [2255 petition]
                          to vacate, set aside, or correct sentence (127-1). Objections due
                          03/20/00. Reply due 03/24/00.  cc: USA, M. Ahearn, Judge Sedwick

    146 -  1   03/07/00   DEF 1 Supplemental aff re: DEF 1 motion [2255 petition] to vacate, set
                          aside, or correct sentence (127-1) w/att aff.

    147 -  1   03/29/00   [Re: DEF 1] JWS Minute Order denying motion [2255 petition] to vacate,
                          set aside, or correct sentence (127-1). cc: USA, M. Ahearn, USM, USPO,
                          MJ Roberts

    148 -  1   03/31/00   [Re: DEF 1] JWS judgment that def's application for post-conviction
                          relief [28 U.S.C. 2255] is DISMISSED. cc: USA, M. Ahearn, USM, PO, MJ
                          Roberts

    149 -  1   04/28/00   DEF 1 Application for certificate of appealability w/att memo.

    150 -  1   05/04/00   [Re: DEF 1] JWS Minute Order DENYING application for certificate of
                          appealability; def may apply to circuit judge for certificate.  cc:
                          cnsl, Judge Sedwick

    151 -  1   02/19/02   [Re: DEF 1] JWS Minute Order directing Finance to destroy pilot's
                          license within 10 days. cc: USA, M. Ahearn, Finance

    152 -  1   10/27/05   [Re: DEF 1] JWS Order and petition for SR modif; def to refrain from
                          unlawful use of controlled substances & submit to drug testing. cc: USPO
```