DEBORAH M. SMITH
Acting United States Attorney

THOMAS C. BRADLEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253, #9
Anchorage, Alaska  99513-7567
(907) 271-5071 - phone
(907) 271-1500 - fax
thomas.bradley@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:97-cr-69 |
| | ) | |
| Plaintiff, | ) | |
| | ) | GOVERNMENT'S NON-OPPOSITION TO DEFENDANT'S PETITION FOR MODIFICATION OF SUPERVISED RELEASE |
| vs. | ) | |
| | ) | |
| RAYMOND DUANE SORENSEN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

       COMES NOW, the United States of America by and through counsel and states that it does not oppose early termination of supervised release in this case.

      RESPECTFULLY SUBMITTED this 3rd day of February, 2006, at Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/ Thomas C. Bradley
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: thomas.bradley@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2006,
a copy of the foregoing Government's Non-Opposition
to Defendant's Petition for Modification of
Supervised Release was served by hand delivery in
box in the USAO Office on:

Travis Lyons
U S Probation Office

and by U. S. Mail on:

Raymond Duane Sorensen
2281 Lake George Drive
Anchorage, AK 99504

s/ Thomas C. Bradley